IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Beverly Vance, | : | |
| Plaintiff | : | Civil Action 2:12-cv-0891 |
| v. | : | |
| Gallia County Board of Commissioners, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |
| | : | |

## Order Cancelling Settlement Week Mediation

On June 4, 2013, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for June 14, 2013 at 1:d0 p.m. be cancelled. The parties are far apart in their settlement evaluations. Additional discovery is needed. Counsel believe that the parties might be in a position to mediate in September or December. The June 2013 Settlement Week mediation is CAN-CELLED.

If a party wants this case noticed for the September 2013 Settlement Week, counsel should call me (614-719-3370) on or before **August 2, 2013**.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator Ronald Linville, 65 E. State St., Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge
